UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-97 (2) RM |
| ) | |
| ALISHA STEVENSON (2) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 29, 2007 [Doc. No. 45].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS  defendant Alisha Stevenson's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:  December 18, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court